# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFTON JEROME MCDANIEL, | CV F 02 5091 AWI SMS P |
| Plaintiff, | |
| v. | ORDER STRIKING PLAINTIFF'S RESPONSE TO DEFENDANT'S REPLY (Doc. 69) |
| GEORGE ORTIZ, et. al., | |
| Defendants. | |

Clifton Jerome McDaniel ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 2, 2005, defendants filed a Motion to Dismiss the action. Plaintiff filed his Opposition to the Motion on March 11, 2005. On March 22, 2005, defendants filed a Reply to Plaintiff's Opposition. On March 31, 2005, plaintiff filed a Response to Defendant's Reply.

1

1  The Local Rules provide for a motion, an opposition, and a reply.  Local Rule 78-230(c),
2 (d).  However, neither the Local Rules nor the Federal Rules of Civil Procedure provide the right
3 to file a surreply, and the Court neither requested one from plaintiff or granted him permission to
4 file one.  <u>See</u>, Rule 56, Fed.R.Civ.P.

5  Accordingly, the Court HEREBY ORDERS:

6  1. Plaintiff's "Response to Defendants Reply" filed March 31, 2005, is STRICKEN
7  from the record.

9 IT IS SO ORDERED.

10 **Dated:   April 25, 2005**              /s/ Sandra M. Snyder
icido3                       UNITED STATES MAGISTRATE JUDGE

2