1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                             EASTERN DISTRICT OF CALIFORNIA

10

11   CLIFTON JEROME McDANIEL,              1:02-cv-05091-AWI-SMS-P

12                  Plaintiff,        **ORDER ADOPTING FINDINGS AND**
                                      **RECOMMENDATION** (Doc. 78)
13   vs.
                                      **ORDER GRANTING UNENUMERATED**
14   GEORGE ORTIZ, et al.,            **RULE 12(b) MOTION TO DISMISS**
                                      (Doc. 65)
15                  Defendants.
     _____/   **ORDER DISMISSING ACTION**
16

17        Plaintiff, Clifton Jerome McDaniel ("plaintiff"), a state

18   prisoner proceeding pro se and in forma pauperis, has filed this

19   civil rights action seeking relief under 42 U.S.C. § 1983.  The

20   matter was referred to a United States Magistrate Judge pursuant

21   to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

22        On January 25, 2006, the Magistrate Judge filed Findings and

23   Recommendation herein which were served on the parties and which

24   contained notice to the parties that any objections to the

25   Findings and Recommendation were to be filed within twenty (20)

26   days.  To date, the parties have not filed objections to the

27   Magistrate Judge's Findings and Recommendation.

28   //

                                     1

In accordance with the provisions of 28 U.S.C.
§ 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
de novo review of this case.  Having carefully reviewed the
entire file, the Court finds the Findings and Recommendation to
be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.   The Findings and Recommendation, filed January 25,
2006, are ADOPTED IN FULL;

2.   Defendant's unenumerated Rule 12(b) Motion to Dismiss,
filed March 2, 2005, is GRANTED; and,

3.   This action is therefore DISMISSED.


IT IS SO ORDERED.

**Dated:     March 3, 2006**          _____/s/ Anthony W. Ishii_____
0m8i78                                UNITED STATES DISTRICT JUDGE